# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MICHAEL P. WELLOV & SUSAN A. WELLOV  Case Number: 07-71195
8923 ACORN PATH  SSN-xxx-xx-2431 & xxx-xx-3692
WONDER LAKE, IL  60097

Case filed on: 5/16/2007
Plan Confirmed on: 9/14/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $6,916.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | JONES & HART LAW OFFICE | 3,774.00 | 3,774.00 | 2,234.65 | 0.00 |
|  | Total Legal | 3,774.00 | 3,774.00 | 2,234.65 | 0.00 |
| 002 | FRIEDMAN & WEXLER | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | BLATT, HASENMILLER, ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ARMOR SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | BLATT, HASENMILLER, ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | MIDLAND CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MICHAEL P. WELLOV | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCIAL SERVICES | 1,729.86 | 1,729.86 | 581.58 | 81.44 |
| 004 | EMC MORTGAGE CORPORATION | 141,415.42 | 0.00 | 0.00 | 0.00 |
| 005 | HARRIS BANK NA | 11,419.00 | 11,419.00 | 2,722.66 | 518.25 |
| 006 | STATE BANK OF THE LAKES | 862.00 | 862.00 | 284.71 | 44.68 |
|  | Total Secured | 155,426.28 | 14,010.86 | 3,588.95 | 644.37 |
| 003 | BENEFICIAL | 6,296.24 | 6,296.24 | 0.00 | 0.00 |
| 007 | WORLD WIDE ASSET PURCHASING | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ANES. ASSOC. OF CRYSTAL VALLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CAPITAL ONE | 425.71 | 425.71 | 0.00 | 0.00 |
| 010 | CAPITAL ONE | 870.66 | 870.66 | 0.00 | 0.00 |
| 011 | CAPITAL ONE | 1,399.24 | 1,399.24 | 0.00 | 0.00 |
| 013 | CRYSTAL LAKE OB / GYN ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ELM STREET MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | FINGERHUT DIRECT MARKETING INC/CIT BANK | 761.49 | 761.49 | 0.00 | 0.00 |
| 017 | JEFFERSON CAPITAL SYSTEMS, LLC | 517.21 | 517.21 | 0.00 | 0.00 |
| 019 | JEFFERSON CAPITAL SYSTEMS, LLC | 2,558.33 | 2,558.33 | 0.00 | 0.00 |
| 021 | HOUSEHOLD FINANCIAL CORP | 7,756.11 | 7,756.11 | 0.00 | 0.00 |
| 022 | MORAINE EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | NORTHERN ILLINOIS MEDICAL CENTER | 2,977.75 | 2,977.75 | 0.00 | 0.00 |
| 024 | CREDITORS BANKRUPTCY SERVICE | 238.01 | 238.01 | 0.00 | 0.00 |
| 025 | SUNTRUST BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | US BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | JEFFERSON CAPITAL SYSTEMS, LLC | 864.00 | 0.00 | 0.00 | 0.00 |
| 028 | ERROR | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | ROUNDUP FUNDING LLC | 13,183.37 | 13,183.37 | 0.00 | 0.00 |
| 030 | ROUNDUP FUNDING LLC | 1,099.18 | 1,099.18 | 0.00 | 0.00 |
| 031 | ILLINOIS STUDENT ASSISTANCE COMM | 3,061.18 | 3,061.18 | 0.00 | 0.00 |
|  | Total Unsecured | 42,008.48 | 41,144.48 | 0.00 | 0.00 |
|  | Grand Total: | 201,208.76 | 58,929.34 | 5,823.60 | 644.37 |

Total Paid Claimant:       $6,467.97
Trustee Allowance:         $448.03           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00              discharging the trustee and the trustee's surety from any and all
                                             liablility on account of the within proceedings, and closing the estate,
                                             and for such other relief as is just.  Pursuant to FRBP, I hereby
                                             certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008                By  /s/Heather M. Fagan